UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY KIRKNESS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC. D/B/A HONEYWELL INTELLIGRATED,<br><br>Defendant. | Case No.: 3:22-cv-00511-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Anthony Kirkness ("Plaintiff") and Defendant Honeywell International, Inc. d/b/a Honeywell Intelligrated ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Plaintiff's response is currently due February 3, 2023. Defendant is requesting an extension of time up to and including February 24, 2023 in which to respond to Plaintiff's Complaint. This is the parties' first request for an extension of time.

. . .

. . .

. . .

. . .

. . .

. . .

1

This Stipulation is made to allow Defendant time research the background facts and appropriately respond to the claims. This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 2nd day of February, 2023.    DATED this 2nd day of February, 2023.

THE GEDDES LAW FIRM, P.C.    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *William J. Geddes*
William J. Geddes
Nevada Bar No. 6984
1575 Delucchi Lane
Suite 200
Reno, NV  89502
*Attorneys for Plaintiff Anthony Kirkness*

/s/ *Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street
8th Floor
Reno, NV  89501
*Attorneys for Defendant Honeywell International, Inc.*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

February 2, 2023
DATED