RECEIVED
_____ FILED          _____ SERVED ON
_____ ENTERED        COUNSEL/PARTIES OF RECORD

JULY 10, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

1  Leah S. Freed (*Admitted Pro Hac Vice*)
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2  2415 E. Camelback Road, Suite 800
   Phoenix, AZ  85016
3

4  Molly M. Rezac
   Nevada Bar No. 7435
5  molly.rezac@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
6  200 S. Virginia Street, 8th Floor
   Reno, NV  89501
7  Telephone:  775.440-2373
   *Attorneys for Defendant Honeywell International, Inc.*
8

9               **UNITED STATES DISTRICT COURT**

10             **FOR THE DISTRICT OF NEVADA**

11  ANTHONY KIRKNESS, an individual;          Case No.:  3:22-cv-00511-LRH-CLB

12               Plaintiff,                    **ORDER GRANTING JOINT
                                               STIPULATION TO CONDUCT
13       vs.                                   EARLY NEUTRAL EVALUATION
                                               REMOTELY BY VIDEO AND ORDER**
14  HONEYWELL INTERNATIONAL, INC.
    D/B/A HONEYWELL INTELLIGRATED,
15

16               Defendant.

17       The parties, by and through undersigned counsel, hereby stipulate to conduct the Early

18  Neutral Evaluation ("ENE"), currently set for July 17, 2023, before Honorable Craig S.

19  Denney, remotely by video. The Court's June 7, 2023 Order (ECF No. 20) directs the parties

20  to attend the ENE in person. Defendant's counsel Leah S. Freed and Eben Krim, Honeywell's

21  Chief Labor & Employment Counsel, whom will be attending the ENE do not reside in

22  Nevada and are only available to attend the ENE remotely via video. The parties agree that

23  in light of the foregoing, conducting the ENE remotely by video is appropriate in this matter.

24  ///

25  ///

26  ///

27  ///

28  ///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775.440-2373

1    DATED this 7th day of July, 2023.    DATED this 7th day of July, 2023.

2    THE GEDDES LAW FIRM, P.C.      OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
3                                                 P.C.

4    /s/William J. Geddes (*with permission*)

5    William J. Geddes                Leah S. Freed (*Admitted Pro Hac Vice*)
Nevada Bar No. 6984          2415 E. Camelback Road, Suite 800

6    1575 Delucchi Lane           Phoenix, AZ  85016
Suite 200

7    Reno, NV  89502             Molly M. Rezac
*Attorneys for Plaintiff Anthony Kirkness*    Nevada Bar No. 7435

8                                           200 S. Virginia Street
8th Floor

9                                           Reno, NV  89501

10                                          *Attorneys for Defendant Honeywell International, Inc.*

11

12

13

14                                    **<u>ORDER</u>**

      IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled to commence

15    **July 17, 2023, at 9:00 A.M.**, before Honorable Craig S. Denney, will be held remotely by

16    video, with further instructions to be provided at a later date regarding the logistics for

17    appearances. All other orders from ECF No. 20 remain the same.

18                               IT IS SO ORDERED.

19

20                                         UNITED STATES MAGISTRATE JUDGE

21

22    Dated: July 10, 2023

23

24

25

26

27

28