UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY KIRKNESS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC.<br>D/B/A/ HONEYWELL INTELLIGRATED,<br><br>　　　　　Defendant. | CASE NO. 3:22-CV-00511-LRH=CLB<br><br>**ORDER GRANTING STIPULATION<br>FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff ANTHONY KIRKNESS and Defendant HONEYWELL INTERNATIONAL, INC. D/B/A/ HONEYWELL INTELLIGRATED, by and through their attorneys of record, and hereby stipulate that the above-captioned matter may be dismissed with prejudice in its entirety, each party to bear their own costs and attorneys' fees.

Dated this 11th Day of September 2023.

THE GEDDES LAW FIRM, P.C.

_[signature]_

WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
(775) 853-9455
*Attorneys for Plaintiff Anthony Kirkness*

1

Dated this 11th Day of September 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Electronic Signature Authorized*

 /s/ *Molly M. Rezac*
Leah S. Freed (*Admitted Pro Hac Vice*)
2415 E. Camelback Road, Suite 800
Phoenix, AZ  85016

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant Honeywell International Inc.*

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice in its entirety and each party will bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close this case.

IT IS SO ORDERED.

DATED this 14th day of September, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE